Petition for Writ of Habeas Corpus Dismissed for Lack of Jurisdiction
and Memorandum Opinion filed August 25, 2005









Petition for Writ of
Habeas Corpus Dismissed for Lack of Jurisdiction and Memorandum Opinion filed
August 25, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00806-CV

____________

 

IN RE GERALD D. McGOWAN, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF HABEAS CORPUS

 



 

M E M O R A N D U M   O
P I N I O N

On August 4, 2005, relator Gerald
D. McGowan, who is confined in the Harris County Jail, filed a petition for
writ of habeas corpus in this court.  See
Tex. R. App. P. 52.  In his petition, relator sought to have this
court order him released from custody, or alternatively, reduce his bond amount
to $5,000.  








According to his petition, relator did not file an
application for writ of habeas corpus in the trial court.  We are unable to consider relator=s petition because our authority to
entertain petitions for writ of habeas corpus extends solely to the actions of
judges in civil cases.  See Tex. Gov=t Code Ann. ' 22.221(d).  Our habeas corpus jurisdiction in criminal
matters is appellate only, and we may not exercise original jurisdiction.  See Ex Parte Denby, 627 S.W.2d 535,
435 (Tex. App.CHouston [1st Dist.] 1981, orig.
proceeding). 

Therefore, we dismiss relator=s petition for lack of jurisdiction

 

PER CURIAM

 

Petition Dismissed and Memorandum
Opinion filed August 25, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.